**G&E**

**Grant & Eisenhofer P.A.**

10CV-5054
(ILG)

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091 • Fax: 202-350-5908

Direct Dial: (646) 722-8504
E-mail: lnussbaum@gelaw.com

November 2, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 03 2010 ★
BROOKLYN OFFICE

**OVERNIGHT DELIVERY**

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 200002-8041

RE:   *In re Silver Futures and Options Trading Antitrust Litig.*, Pending MDL. No. 35

To the Clerk:

Enclosed are courtesy copies of the following documents filed with the JPML today:

1.   Plaintiff's Motion for Transfer and Consolidation of Related Antitrust Actions;

2.   Plaintiff's Memorandum of Law in Support of Motion for Transfer and Consolidation of Related Antitrust Actions;

3.   Schedule of Actions;

4.   Proof of Service;

5.   Complaint: Christopher DePaoli v. JP Morgan Chase & Co., et al., E.D.N.Y., 10-cv-05054-ILG;

6.   Complaint: Brian J. Beatty v. JP Morgan Chase & Co., et al., S.D.N.Y.,10-cv-8146-RRP; and

7.   Complaint: Peter Laskaris v. JP Morgan Chase & Co., et al., S.D.N.Y., 10-cv-8157- GBD.

We are available at the Clerk's convenience should there be any questions.

Respectfully,

Linda P. Nussbaum

cc: Service list

LPN/brs
Encl.